Bradley A. Post, Esq.  # 127028
BORTON PETRINI, LLP
1104 12th Street
Modesto, California  95354
Telephone:  (209) 576-1701

Attorneys for Defendants,
CITY OF ANGELS CAMP,
CHRIS COMFORT and,
TONY TACHEIRA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZIEHLKE,<br><br>　　　　　Plaintiff<br><br>v.<br><br>THE CITY OF ANGELS CAMP, and CHRIS COMFORT, individually and as employee of the CITY OF ANGELS CAMP, TONY TACHEIRA, individually and as the CHIEF OF POLICE OF THE CITY OF ANGELS CAMP, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants | Case No. 1:08-CV-01802-AWI-GSA<br><br>**ORDER RE: TESTIMONY OF PLAINTIFF'S EXPERT, JACK SMITH**<br><br><br><br>TRIAL: March 16, 2010 |

　　　　The Court, having read and considered the "Stipulation Re: Testimony of Plaintiff's Expert Witness, Jack Smith", duly entered between the parties, and Good Cause Appearing;

　　　　IT IS ORDERED that plaintiff shall not call Jack Smith during the presentation of plaintiff's case in chief at the trial in this matter.  Plaintiff may call said expert at the trial in this action only to rebut the opinion testimony of any defense expert which may be called by defendants during the presentation of their case in chief.

　　　　IT IS SO ORDERED.

　　　　Dated:   **December 3, 2009**　　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE