1  LAW OFFICES OF KENNETH M. FOLEY
   KENNETH M. FOLEY, ESQ. (State Bar #061143)
2  37 North Main Street, Suite No. 209
   **MAILING ADDRESS**:  P. O. Box 1269
3  San Andreas, CA 95249

4  Telephone: (209) 754-4183
   Facsimile: (209) 754-1051
5

6  Attorney for Plaintiff

FILED
JAN 2 1 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

7
                    IN THE UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10 | MICHAEL ZIEHLKE,                 | No.  1:08-CV-01802-AWI-GSA
11 |               Plaintiff,         |
   |                                  | PLAINTIFF'S DISMISSAL OF
12 |       vs.                        | ACTION
13 | THE CITY OF ANGELS CAMP, and
   | CHRIS COMFORT, individually
14 | and as employee of the CITY
   | OF ANGELS CAMP, TONY
15 | TACHEIRA, individually and as
   | the CHIEF OF POLICE OF THE
16 | CITY OF ANGELS CAMP, and DOES
   | 1 through 20, inclusive,
17 |
   |               Defendants.
18

19 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20     PLEASE TAKE NOTICE that Plaintiff, MICHAEL ZIEHLKE, hereby

21 dismisses with prejudice the entire action against all

22 Defendants, with each party to bear their own costs and

23 attorney's fees.

24 DATED:  January 20, 2010        LAW OFFICES OF KENNETH M. FOLEY

25

It is so Ordered. Dated: 1-21-10
26                                    By   /s/ KENNETH M. FOLEY
                                          KENNETH M. FOLEY
27  _____        Attorney for Plaintiff
    United States District Judge
28

---
PLAINTIFF'S DISMISSAL OF
ACTION                              - 1 -