1  LAW OFFICES OF KENNETH M. FOLEY
   KENNETH M. FOLEY, ESQ. (State Bar #061143)
2  37 North Main Street, Suite No. 209
   MAILING ADDRESS: P. O. Box 1269
3  San Andreas, CA 95249

4  Telephone: (209) 754-4183
   Facsimile: (209) 754-1051
5

6  Attorney for Plaintiff

FILED
MAR 2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZIEHLKE,<br><br>    Plaintiff,<br>vs.<br>THE CITY OF ANGELS CAMP, and CHRIS COMFORT, individually and as employee of the CITY OF ANGELS CAMP, TONY TACHEIRA, individually and as the CHIEF OF POLICE OF THE CITY OF ANGELS CAMP, and DOES 1 through 20, inclusive,<br><br>    Defendants. | No. 1:08-CV-01802-AWI-GSA<br><br>STIPULATION AND ORDER FOR DISMISSAL OF ACTION |

IT IS HEREBY STIPULATED between Plaintiff and Defendants that the above-entitled matter be dismissed with prejudice with each party to bear their own costs and attorney's fees.

DATED: January 26, 2010          LAW OFFICES OF KENNETH M. FOLEY


                                 By___/s/ KENNETH M. FOLEY_____
                                    KENNETH M. FOLEY
                                    Attorney for Plaintiff


DATED: ~~January~~ February 3, 2010    BORTON PETRINI, LLP


                                 By_____/signature/_____
                                    PHILIP B. AVILA
                                    Attorneys for Defendants

---

STIPULATION AND ORDER FOR
DISMISSAL OF ACTION                    - 1 -

## ORDER

Good cause appearing from the stipulation of the parties,

IT IS HEREBY ORDERED that the action is dismissed with prejudice with each party to bear their own costs and attorney's fees.

DATED: 3-1-10

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR
DISMISSAL OF ACTION          - 2 -

| | |
|---|---|
| 1 | <u>PROOF OF SERVICE</u> |
| 2 | I am over the age of 18 years, residing or employed in the County of Calaveras, and not a party to the within action; my business address is 37 North Main Street, Suite 209, P. O. Box 1269, San Andreas, California, 95249. |
| 3 | |
| 4 | On February 22, 2010, I served the following documents: |
| 5 | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |
| 6 | |
| 7 | addressed to: |
| 8 | **PHILIP B. AVILA<br>BORTON PETRINI, LLP<br>1104 12TH STREET** |
| 9 | **POST OFFICE BOX 3384<br>MODESTO, CA 95353** |
| 10 | |
| 11 | |
| 12 | __X__ **(BY MAIL)** Placing the envelope for collection and mailing on the date and at the place showing below following our ordinary business practices. I am readily familiar with the business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. |
| 13 | |
| 14 | |
| 15 | _____ **(BY FACSIMILE)** In addition to service by mail as set forth above, the person(s) were also forwarded a copy of said documents by facsimile. |
| 16 | _____ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee(s). |
| 17 | |
| 18 | Executed on February 22, 2010, at San Andreas, California. |
| 19 | I declare under penalty of perjury that the foregoing is true and correct. |
| 20 | *Ellen S. Guenther* (signature)<br>ELLEN S. GUENTHER |
| 21 | |